**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

SEP 1 2 2006

Civil Action No. **06 - CV - 01802**-βⁿβ

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

PATRICIA A. TOWLE (MACINTYRE),

      Plaintiff,

v.

JAMES RICHARD WRIGHT,
GARY CLINTON WRIGHT,
LONG BEACH MORTGAGE,
VECTRA BANK,
UMB,
COMPASS BANK,
DUETSCHE BANK,
WELLS FARGO BANK, and
US BANK,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Letter to the Court. As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if she wishes to pursue her claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

| | | |
|---|---|---|
| (1) | ___ | is not submitted |
| (2) | ___ | is not on proper form (must use the court's current form) |
| (3) | X | is missing original signature by Plaintiff |
| (4) | ___ | is missing affidavit |
| (5) | ___ | affidavit is incomplete |
| (6) | ___ | affidavit is not notarized or is not properly notarized |
| (7) | ___ | names in caption do not match names in caption of complaint, petition or application |
| (8) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | ___ | other _____ |

**Complaint or Petition**:

| | | |
|---|---|---|
| (10) | X | is not submitted |
| (11) | ___ | is not on proper form (must use the court's current form) |
| (12) | ___ | is missing an original signature by the Plaintiff |
| (13) | ___ | is incomplete |
| (14) | ___ | uses et al. instead of listing all parties in caption |
| (15) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | ___ | names in caption do not match names in text |
| (18) | ___ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: a Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _11th_ day of _September_____, 2006.

BY THE COURT:


_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **06 - CV - 01 8 0 2** - $\beta \mathcal{N}^\beta$

Patricia A. Towle
10995 Montview Blvd.
Aurora, CO 80010

Patricia A. Towle
2639 High Street
Denver, CO 80218

     I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint** to the above-named individuals on _9-12-06_

                           GREGORY C. LANGHAM, CLERK

                           By: _____

                                   Deputy Clerk